AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

Plaintiff,

v.

WILBUR ZACCAEUS HIGHTOWER

Defendant.

JUDGMENT

CASE NUMBER: 5:23CR-008

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Final Order of Forfeiture dated August 29, 2024, the Machinegun Conversion Device attached to a Glock Model 45, 9mm caliber pistol, Sixty-seven (67) Sig Sauer 5.56 caliber rounds of ammunition, Thirty-one (31) 9mm caliber rounds of ammunition recovered on or about May 13, 2022, and a Black rifle upper with hand grip and reflex sight seized on or about May 13, 2022 are forfeited to the United States of America.

Approved by: _[signature]_

Date: September 3, 2024

John E. Triplett, Acting Clerk
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020